UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED
**FILED**

NOV - 7 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,  )
         Plaintiff,  )
vs.  )  **4:19CR930 SNLJ/SPM**
MICHAEL WILLIAM GREENE,  )
         Defendant.  )

## INDICTMENT

### COUNT ONE

The Grand Jury further charges that:

On or about March 20, 2019, in the County of St. Louis, within the Eastern District of Missouri,

**MICHAEL WILLIAM GREENE,**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT TWO

The Grand Jury charges that:

On or about March 20, 2019, in the County of St. Louis, within the Eastern District of Missouri,

**MICHAEL WILLIAM GREENE,**

did knowingly possess a firearm to wit, one 9mm semi-automatic pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with

intent to distribute a mixture or substance containing methamphetamine, a Schedule II controlled substance, as alleged in Count One of this Indictment.

In violation of Title 18, United States Code, Section 924(c).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
JENNIFER J. ROY, #47203MO
Assistant United States Attorney