UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

NOV - 7 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) 4:19CR930 SNLJ/SPM |
|  | ) |
| MICHAEL WILLIAM GREENE, | ) |
|  | ) |
| Defendant. | ) |

## GOVERNMENT'S ENTRY OF APPEARANCE

COMES NOW, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Jennifer J. Roy, Assistant United States Attorney for said District, and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*s/Jennifer J. Roy*
JENNIFER J. ROY, #47203MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200