**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:19 CR 930 SNLJ/SPM |
| MICHAEL WILLIAM GREENE, | ) |
| Defendant. | ) |

**ORDER**

**IT IS HEREBY ORDERED** that, pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A and the Criminal Justice Act Plan for the Eastern District of Missouri, IV, the Federal Public Defender for this District is hereby appointed to represent the above-named defendant for:

☒ The initial appearance.

☐ All further proceedings in this case.

NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 19th day of November, 2019.