IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:19 CR 930 SNLJ/SPM |
| ) | |
| MICHAEL GREENE, ) | |
| ) | |
| Defendant. ) | |

**ENTRY OF APPEARANCE**

COMES NOW, Teneil Kellerman, and hereby enters her appearance on behalf of Defendant in the above captioned matter.

Respectfully submitted,

/s/ Teneil Kellerman
Teneil Kellerman, #52971MO
GROWE EISEN KARLEN
120 S. Central Ave., Ste 150
St. Louis, MO  63105
314-725-1912/ fax 314-261-7326
teneil@groweeisen.com
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 20th day of November, 2019, the foregoing was electronically filed with the Clerk of Court, therefore to be served electronically by operation of the Court's electronic filing system upon all parties including:

Jennifer Roy
Assistant U.S. Attorney
Thomas Eagleton U.S. Courthouse
111 S. 10th Street, 20th Floor
St. Louis, MO 63102

/s/ Teneil Kellerman