UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No.  4:19 CR 930 SNLJ |
| MICHAEL WILLIAM GREENE, | ) |
| Defendant. | ) |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of Missouri hereby dismisses the Indictment in cause number 4:19 CR 930 SNLJ against the defendant, Michael William Greene.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

_____
JENNIFER J. ROY, #47203MO
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
UNITED STATES DISTRICT JUDGE

Dated: This _____ day of January, 2020

cc: U.S. Marshal's Service